**Order filed March 10, 2020**

**Formatted:** Different first page header



In The

# Fourteenth Court of Appeals

_____

### NO. 14-18-00676-CV
_____

**PETRA MUELLER, Appellant**

**V.**

**NORBERT MUELLER, Appellee**

---

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-16-003688**

---

## ORDER

This is an appeal from a judgment signed June 26, 2018. Appellant filed a notice of appeal on July 23, 2018. The notice of appeal is defective.

An incorrect cause number on the notice of appeal does not defeat the jurisdiction of the court of appeals if the instrument is a "bona fide attempt" to invoke appellate court jurisdiction. *San Antonio v. Rodriguez*, 828 S.W.2d 417, 418 (Tex. 1992). An appellant should be given an opportunity to amend a defective

perfecting instrument before the court of appeals may dismiss an appeal. *Grand Prairie I.S.D. v. Southern Parts Imports, Inc.*, 813 S.W.2d 499, 500 (Tex. 1991).

Appellant is ordered to file an amended notice of appeal reflecting the correct trial court cause number.

The amended notice of appeal shall be filed on or before **March 20, 2020.** If appellant does not comply with this order, the court will consider dismissal of the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.

2